12987.  LINEBERGER *et al. v.* SWAIN.

HILL, J.  1.  The failure to serve counsel of the opposite party with the brief of counsel for the plaintiff in error, as required by the rule of this court, is not ground for dismissal of the writ of error. It may subject counsel to penalty for contempt of court.  *Seaboard Air Line Ry.* v. *Peeples,* 9 *Ga. App.* 477 (71 S. E. 758).

2.  No error of law is assigned, and the verdict is supported by some evidence.

Judgment affirmed. *Jenkins, P. J., and Stephens, J., concur.*

DECIDED APRIL 13, 1922.

Garnishment; from city court of Tifton — Judge Price. September 12, 1921.

*B. C. Williford,* for plaintiffs in error.

*John P. & Dewey Knight,* contra.